UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH LEROY KELLEY II,          **INDICTMENT**

    Defendant.
_____/

The Grand Jury charges:

### Felon in Possession of Firearms

Between on or about October 25, 2023 and October 31, 2023, in Ingham County, in the Southern Division of the Western District of Michigan,

JOSEPH LEROY KELLEY II,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a .45 caliber Springfield Armory semiautomatic pistol and a 9-millimeter Smith & Wesson semiautomatic pistol, and the firearms were in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

## FORFEITURE ALLEGATION
### (Felon in Possession of Firearms)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in this Indictment,

JOSEPH LEROY KELLEY II

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including but not limited to a .45 caliber Springfield Armory barrel and a 9-millimeter Smith & Wesson semiautomatic pistol and the associated ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
PATRICK CASTLE
JONATHAN ROTH
Assistant United States Attorneys